UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA CRAIG,<br><br>               Plaintiff,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Defendant. | C20-1641 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 20, the Court SETS a telephone conference for **Thursday, March 25, 2021, at 10:00 a.m.** The Court's staff will be in contact with counsel to provide a conference call number and access code.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2021.

                                              William M. McCool
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1