UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA CRAIG,

          Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS CORPORATION,

          Defendant.

C20-1641 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Debra Craig's motion to stay, docket no. 27, is GRANTED. All proceedings in this action are STAYED until further order of this Court. Although neither party compellingly argues that it will suffer prejudice, hardship, or inequity if the proceedings are or are not stayed, the Court finds judicial economy and efficiency heavily weigh in favor of a stay. *See Rivers v. Walt Disney*, 980 F. Supp. 1358, 1360–62 (C.D. Cal. 1997) ("[I]t appears that a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the [Multidistrict Litigation] Panel because of the judicial resources that are conserved.");

(2) The parties are DIRECTED to promptly notify the Court of the Judicial Panel on Multidistrict Litigation's ruling on Plaintiff's pending motion to transfer this action; and

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of July, 2021.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1